# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:70-cv-00036 |
| STATE OF MISSISSIPPI (CHOCTAW COUNTY SCHOOL DISTRICT), | § | |
| Defendants. | § | |

## ORDER ON JOINT MOTION FOR DECLARATION OF UNITARY STATUS AND DISMISSAL

Upon consideration of the Joint Motion for Declaration of Unitary Status and Dismissal filed by Plaintiff United States of America and Defendant Choctaw County School District, and the full record of this case, it is the opinion of this Court that the Joint Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Choctaw County School District be declared fully unitary and the above-captioned case be **DISMISSED**. April 22, 2019

_____
UNITED STATES DISTRICT JUDGE