IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                      CIVIL ACTION NO. 3:70-cv-00036-GHD-DAS

WEBSTER COUNTY SCHOOL DISTRICT; et al.                                              DEFENDANTS

### ORDER GRANTING JOINT MOTION FOR UNITARY STATUS

Presently before the Court is the parties' Joint Motion for Unitary Status. Upon due consideration of the motion, supporting brief, and the full record in this case, it is Court's opinion that the motion should be granted and this matter dismissed.

THEREFORE, it is hereby ORDERED that the parties' Joint Motion for Unitary Status [106, 107, 108] is GRANTED, the Defendant Webster County School District is DECLARED fully unitary, all prior injunctions in this case are DISSOLVED, jurisdiction is TERMINATED, this matter is DISMISSED, and this case is CLOSED.

SO ORDERED, this, the 28 day of October, 2019.

_____
SENIOR U.S. DISTRICT JUDGE